**Order entered December 1, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01553-CR
No. 05-13-01554-CR

**JOHN MICHAEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-62863-J & F13-00350-J**

## ORDER

The Court **GRANTS** the State's November 26, 2014 motion for extension of time to file

the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/    ADA BROWN
        JUSTICE